FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

2009 JAN 20 PM 5: 22

CLERK ... COURT
MIDDLE ... FLORIDA
ORLANDO, FLORIDA

**UNITED STATES OF AMERICA**

-vs-

**KIMBERLY JEAN CLARK**

Case Number: 6:07-CR-51-ORL-28KRS

USM Number: 07171-088

Stephen Langs, FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four and Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | New criminal conduct, False Identification Given to Law Enforcement Officer | December 19, 2007 |
| Two | New criminal conduct, Possession of Drug Paraphernalia | December 19, 2007 |
| Three, Four | New criminal conduct, Petit Theft | December 19, 2007 |
| Five | New criminal conduct, Tampering With Evidence | December 19, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated conditions Six, Seven and Eight and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

1/16/2009

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

January __16__, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal